PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER BERNAL,<br><br>　　　　　　Defendant. | Case No. 5:23-po-00212-CDB<br><br>[Citation #E1574737, CA/10]<br><br>MOTION AND ORDER FOR DISMISSAL |

　　　The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00212-CDB [Citation #E1574737, CA/10] against CHRISTOPHER BERNAL, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.


DATED: May 23, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　/s/ *Chan Hee Chu*
　　　　　　　　　　　　　　　　　　　　　　CHAN HEE CHU
　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED on motion of the United States of America filed pursuant to Rule 48(a), Fed. R. Crim. P. (Doc. 4) that Case No. 5:23-po-00212-CDB [Citation #E1574737, CA/10] against CHRISTOPHER BERNAL be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **May 24, 2023**

_____
UNITED STATES MAGISTRATE JUDGE